**08-CR-05264-ORD**

JUDGE BURGESS

FILED_____ LODGED
_____ RECEIVED

MAR 0 4 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, )
)
        Plaintiff,    )    No. CR 08-5264 FDB
)
        v.           )    ORDER FOR COMPETENCY
)    EXAMINATION
MICHAEL JAMES, )
)
        Defendant.    )
————————————————— )

THIS MATTER is before the Court upon Defendant's Motion for a Competency Hearing. After reviewing the supporting declaration of Keith A. MacFie stating his concerns about the defendant's competency, the Court finds that there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, to enter a knowing

EXAM ORDER
1

Keith A. MacFie
Attorney at Law
711 S. Commerce St., Ste. 210
Tacoma, Washington 98402
253-627-6911

1 | intelligent and voluntary plea, or to assist properly in his

2 | defense. Therefore,

3 |     IT IS HEREBY ORDERED, pursuant to Title 18, United States

4 | Code, Sections 4241(b) and 4247(b), that defendant be committed

5 | to the custody of the Attorney General at a suitable facility

6 | for a period not to exceed 30 days and be examined during that

7 | time by a psychiatrist and/or psychologist chosen by the

8 |
9 | Attorney General who shall conduct a competency examination to

10 | attempt to determine if the defendant is able to understand the

11 | nature of the charges and proceedings against him, is able to

12 | enter a knowing, intelligent and voluntary plea, and if the

13 | defendant is able at present to assist in the preparation of his

14 | defense. To the extent practicable, this examination shall be

15 | done within the Western District of Washington or the closest

16 | suitable facility to the Court.

17 |     IT IS FURTHER ORDERED that pursuant to Title 18, United

18 | States Code, Section 4241(b), the examination shall be completed

19 | within THIRTY (30) DAYS of the date defendant enters the custody

20 | of the Attorney General, with allowance for an additional

21 | FIFTEEN (15) DAYS upon a showing of good cause by the director

22 | of the examining facility that the additional time is necessary

23 |

EXAM ORDER
2

24 |

25 |

**Keith A. MacFie**
Attorney at Law
711 S. Commerce St., Ste. 210
Tacoma, Washington 98402
253-627-6911

1  to observe and evaluate the defendant. Leave of Court for the

2  fifteen (15) day extension, if sought, must be sought prior to

3  the expiration of the initial thirty-day period.

4      IT IS FURTHER ORDERED that the defendant shall cooperate

5  with the psychiatrist and psychologist during this examination;

6      IT IS FURTHER ORDERED that the report generated pursuant to

7  this Order be prepared and disseminated in accordance with the

8  requirements set forth in Title 18, United States Code, Section

9  4247(c).

10

11      IT IS FURTHER ORDERED that the Court recommends to the

12  Bureau of Prisons that he be designated for evaluation at the

13  Federal Detention Center-SeaTac.

14      IT IS FURTHER ORDERED, that, if the suitable facility is

15  not the Federal Detention Center – SeaTac, the United States

16  Marshals Service transport the defendant to the suitable

17  facility within ten days of the date defendant enters the

18  custody of the Attorney General and return the defendant to the

19  Federal Detention Center – SeaTac within ten days of the

20  completion of the examination ordered herein.

21

22

23

EXAM ORDER
24  3

25

Keith A. MacFie
Attorney at Law
711 S. Commerce St., Ste. 210
Tacoma, Washington 98402
253-627-6911

1    The Clerk of the Court is directed to provide copies of

2  this Order to all counsel for the defendant and the government

3  and to the Bureau of Prisons.

4    Dated this 3 day of _March_____, 2009.

5

6

7                    FRANKLIN D. BURGESS
                     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

EXAM ORDER                                    Keith A. MacFie
24  4                                          Attorney at Law
                                        711 S. Commerce St., Ste. 210
25                                       Tacoma, Washington 98402
                                               253-627-6911